CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFREY A. CHEN (SBN: 189514)
jeffchenlaw@gmail.com
LAW OFFICES OF JEFFREY A. CHEN
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone: (415) 369-9089
Facsimile: (415) 358-8048
Attorney for Defendant
Working Girls' Café, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>WORKING GIRLS' CAFÉ, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:19-CV-06534-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATOIN**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 4, 2020     CENTER FOR DISABILITY ACCESS

                                                By:   /s/Amanda Seabock
                                                           Amanda Seabock
                                                           Attorney for Plaintiff

Dated: November 4, 2020     LAW OFFICES OF JEFFREY A. CHEN

                                                By:   /s/Jeffrey A. Chen
                                                           Jeffrey A. Chen
                                                           Attorney for Defendant
                                                           Working Girls' Café, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jeffrey A. Chen, counsel for Working Girls' Café, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 4, 2020        CENTER FOR DISABILITY ACCESS

                                        By:   /s/Amanda Seabock
                                                 Amanda Seabock
                                                 Attorney for Plaintiff